IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

CASE NO.:

**REGINA FONDREN,**

    Plaintiff,

v.

**I.C. SYSTEM, INC.,**

    Defendant.
_____/

## DEFENDANT'S NOTICE AND PETITION FOR REMOVAL

**TO:** The Honorable Judges of the United States District Court for the Eastern District of Wisconsin.

COMES NOW, Defendant and Petitioner for removal, I.C. SYSTEM, INC. ("Defendant"), and with reservation of all rights, hereby removes this action to the United States District Court for the Eastern District of Wisconsin from the Civil Court of the State of Wisconsin, Circuit Court, Milwaukee County, the proceeding entitled and captioned: *Regina Fondren v. I.C. System, Inc.*, Case No.: 2021CV006442, on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1441 and 1446(a). This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1367.

The Petition is based on the following grounds:

    1.    Plaintiff is REGINA FONDREN.

    2.    Defendant is I.C. SYSTEM, INC.

    3.    The civil action was originally brought against them in the Civil Court of the State of Wisconsin, Circuit Court, Milwaukee County, the proceeding entitled and captioned: *Regina*

*Fondren v. I.C. System, Inc.*, Case No.: 2021CV006442. A copy of the Complaint served in that action, in addition to all process and pleadings served upon Defendant/Petitioner, is attached hereto.

4. The aforesaid action was commenced by service of process consisting of the Summons and Complaint, upon Defendant, on January 7, 2022.

5. The controversy herein between the Plaintiff and Defendants is a controversy based upon consumer protection right created by and enforced through federal statutes, 15 U.S.C. § 1692, *et seq.*, entitled the Fair Debt Collection Practices Act ("FDCPA").

6. The above-described action is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one that may be removed to this Court by the Defendant/Petitioner pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action based upon a federal question over which this Court has original jurisdiction.

7. This Petition for Removal is filed with this Court within thirty (30) days after service on Defendant of the Complaint in the above-styled action and is, therefore, timely pursuant to 28 U.S.C. § 1446 (b).

8. Removal is proper because the Plaintiff's Complaint involves a federal question. 15 U.S.C. §§ 1692 et seq. (Fair Debt Collections Practices Act "FDCPA"); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996).

9. All pleadings, process, orders, and other filings in the state court action available to Defendant are attached to this notice as required by 28 U.S.C. §1446(a).

10. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

11. Defendant will promptly file a copy of this Notice of Removal with the clerk of the state court where the action has been pending and serve a copy of this Notice on counsel for Plaintiff.

WHEREFORE Defendant, I.C. SYSTEM, INC., respectfully requests that the above entitled action be removed from the Civil Court of the State of Wisconsin, Circuit Court, Milwaukee County, to the United States District Court for the Eastern District of Wisconsin for all further proceedings.

Dated: February 1, 2022

Respectfully submitted by:

/s/ Dale T. Golden
DALE T. GOLDEN, ESQ.
Wisconsin Bar No.: 102449
dgolden@gsgfirm.com
GOLDEN SCAZ GAGAIN, PLLC
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Fax: (813) 251-3675
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email, this 1st day of February, 2022 to the following:

John D. Blythin
Mark A. Eldridge
Jesse Fruchter
Ben J. Starky
3620 East Layton Ave.
Cudahy, WI 53110
414-482-8000
414-482-8001 (Fax)
jblythin@ademilaw.com
meldridge@ademilaw.com
jfruchter@ademilaw.com
bslatky@ademilaw.com
*Counsel for Plaintiff*

                                            /s/ Dale T. Golden
                                            DALE T. GOLDEN, ESQ.
                                            Wisconsin Bar No.: 102449